OPINION — AG — ** BOARD OF BARBER EXAMINERS — EMPLOYMENT AS INVESTIGATOR ** A MEMBER OF THE STATE BOARD OF BARBER EXAMINERS MAY NOT BE EMPLOYED BY THAT BOARD AS AN INVESTIGATOR AND BE PAID FOR THAT SERVICE, HIS COMPENSATION FOR INSPECTING BARBER SHOPS BEING LIMITED TO THAT AS SET FORTH FOR BOARD MEMBERS IN 59 O.S. 1971 82 [59-82] CITE: 59 O.S. 1971 71 [59-71] (DUAL COMPENSATION), 74 O.S. 1971 1401 [74-1401] (CODE OF ETHICS) (JAMES H. GRAY)